## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 22, 2025

Ms. Susan Anne Wasserman
Susan Wasserman Attorney
12439 Magnolia Boulevard
Suite 18
Los Angeles, CA 91607

      Re: Case No. 25-3541, *Elizabeth Koeberer v. Robert Weir, et al*
         Originating Case No. : 2:25-cv-00095

Dear Counsel,

 This appeal has been docketed as case number **25-3541** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **August 5, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant: Appearance of Counsel
         Civil Appeal Statement of Parties & Issues
         Disclosure of Corporate Affiliations
         Application for Admission to 6th Circuit Bar (if applicable)

  Appellee: Appearance of Counsel
       Disclosure of Corporate Affiliations
       Application for Admission to 6th Circuit Bar (if applicable)

 You have until **August 5, 2025** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit.  Either one must be paid/filed with the U.S. District Court.  **Failure to do one or the other may result in the dismissal of the appeal without further notice**.  If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

 If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

              Sincerely yours,

              s/Kelly Stephens
              Appeal Case Manager: Roy
              Direct Dial No. 513-564-7016

cc: Mr. Adam Scott Nightingale
   Mr. Bryan Mark Pritikin
   Mr. Zachary Benjamin Pyers
   Ms. Brandy Hutton Ranjan

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-3541

ELIZABETH WILSON KOEBERER, Beneficiary of the Elizabeth W. Koeberger (sic) Trust

    Plaintiff - Appellant

v.

ROBERT E. WEIR, Attorney For Wilson Family Trust; JPMORGAN CHASE BANK, N.A; ROBERT E. WEIR, Attorney At Law; ROBERT E. WEIR, Successor Trustee Elizabeth Koeberger (Sic) Trust; ; EDSON H. WILSON; STROM CHRISTINE; RYAN GORDON, Attorney at Law; RYAN GORDON LLM

    Defendants - Appellees

TD AMERITRADE, INC.

    Defendant